Defendants, Impleaded with JOHN CAVANAGH, Appellant.— Order entered February 7, 1930, so far as appealed from and order entered February 25, 1930, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

YASSER FUR CORPORATION, Appellant, v. JACOB BECHER & BRO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ROBERT Y. BROWN, Respondent, v. JOHN M. QUIRK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERT ALEXANDER and Others, Appellants, v. AMERICAN LEAGUE BASEBALL CLUB OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MINNA E. S. FORSCH, Respondent, v. SAMUEL KROHNBERG and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAX G. FELDER, Respondent, v. BEDFORD THEATRE CORPORATION and BENJAMIN KNOBEL, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAX G. FELDER, Plaintiff, v. BEDFORD THEATRE CORPORATION and BENJAMIN KNOBEL, Appellants. NATIONAL THEATRE SUPPLY COMPANY, INC., Intervenor, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DOMENICO J. FIORENTINO, Appellant, v. AMERICAN RAILWAY SURFACING MACHINE CORPORATION and DOMENICO ROPPO, Respondents.— Order modified by denying motion to strike out the allegations that the defendant corporation represented to the plaintiff " that the net profits from the sale of each machine to the corporation would be at least $2,000," and " that the stock would go into the over-the-counter market," and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Merrell, J., dissents and votes for affirmance.

ALBERT P. RIPPENBEIN, Appellant, v. I. G. FARBENINDUSTRIE AKTIENGESELLSCHAFT, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERT P. RIPPENBEIN, Appellant, v. I. G. FARBENINDUSTRIE AKTIENGESELLSCHAFT, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

AUGUSTINE E. RODRIQUEZ, Respondent, v. MONTGOMERY WARD & COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.